UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-24061-MC-LENARD/O'SULLIVAN

TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS NATIONAL PENSION FUND,
    Plaintiffs,

v.

HVCA MECHANICAL, INC.,
    Defendant.
_____/

## **ORDER**

THIS MATTER came before the Court on the Plaintiffs' Motion to Compel Appearance at Deposition Duces Tecum (DE # 3, 1/28/14).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Compel Appearance at Deposition Duces Tecum (DE # 3, 1/28/14) is GRANTED.  The defendant's corporate officer, Frank Monti, shall appear for deposition duces tecum on March 21, 2014, at 2:00 PM at the office of plaintiffs' counsel, located at 100 Miracle Mile, Coral Gables, Florida 33134.  It is further

ORDERED AND ADJUDGED that if the corporate officer of the defendant fails to appear for deposition, the Court may award sanctions, including, but not limited to,

monetary sanctions and arrest.  It is further

ORDERED AND ADJUDGED that the plaintiffs shall serve a copy of this Order on the defendant and file a notice with the Court once service has been perfected.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 18th day of February, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Joan A. Lenard

All counsel of record